**Roger M. BANHI, Plaintiff–Appellant,**

v.

**PAPA JOHN'S USA, INC.; Victor Paz, in his official and individual capacity; Ulises Viscencio, in his official and individual capacity; Colonel's Limited, LLC, Defendants–Appellees.**

No. 14–1107.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 25, 2014.

Decided Sept. 29, 2014.

Roger M. Banhi, Appellant Pro Se. Ariana Wright Arnold, Jennifer Lynn Curry, Jackson Lewis PC, Baltimore, Maryland, for Appellees.

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger M. Banhi appeals the district court's orders granting summary judgment to the Defendants on his civil complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny Banhi's motion to appoint counsel and affirm for the reasons stated by the district court. *See Banhi v. Papa John's USA, Inc.*, No. 8:12–cv–00665–RWT, 2013 WL 3788573 (D.Md. Jan. 6, 2014; July 18, 2013). We grant Banhi leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*